### DOWDEN ag$^t$ DELL

Leonard Dowden Attourny of Henry Sandiford plaint. ag$^t$ Joseph Dell Defend$^t$ The plaint. withdrew his action.

### JONES ag$^t$ WILCOCKS

John Jones plaint. ag$^t$ Owen Wilcocks Defend$^t$ The plaint. was nonsut$^d$ upon non appearance

### HOARE ag$^t$ ALLEN

John Hoare assigne of John Harbour plaint. ag$^t$ Joseph Allen Defend$^t$ The plaint. was nonsut$^d$ upon non appearance.

### CUTLER agt. CUTLER

Thomas Cutler plaint. ag$^t$ Samuel Cutler Defend$^t$ for an account of his Fathers Lands how they are disposed that were betrusted with the s$^d$ Samuel with all just and due damages &c. The Attachm$^t$ and a Record of grants out of the Town Booke of Hingham being all the papers produced in the case; which were read committ$^d$ to the Jury and are Lying on file with the Records of this Court: The Jury brought in theire verdict, they found for the Def$^{dt}$ costs of Court.

### DAFFORN ag$^t$ LATTIMORE

John Dafforn plaint. ag$^t$ Christopher Lattimore Def$^{dt}$ The plaint. withdrew his Action.

### PORTER ag$^t$ WATTS

Rhoda Porter plaint. ag$^t$ Thomas Watts Defend$^t$ in an action of the case for that the s$^d$ Watts hath not secured or indempnified the s$^d$ Porter for what damage may accrue unto her by ingageing to pay for the s$^d$ Watts unto m$^r$ Edw$^d$ Shippen & William Harrison the Summe of three pounds six Shillings in mony with other due damages &c. . . . The Jury . . . found for the Defend$^t$ costs of Court.

### GILLAM ag$^t$ PROUTT

Benjamin Gillam plaint. ag$^t$ Timothy Proutt Sen$^r$ Def$^{dt}$ The plaint. withdrew his action.